IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD HUDSON, )
)
        Plaintiff, ) Case No. 1:12-cv-12-SJM-SPB
)
v. )
)
MRS. KENNEDY, *et al.*, )
)
        Defendants. )

**MEMORANDUM ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on January 24, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on March 14, 2012 [8], recommends that Wiley McCloud, Fausto Parra-Colon, and Tommy Banks be dismissed as Plaintiffs in this case due to their failure to prosecute. Plaintiffs were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Plaintiffs by certified mail at FCI-McKean, where they are incarcerated. No objections to the Report and Recommendation have been filed to date. After <u>de novo</u> review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

    AND NOW, this 11th Day of April, 2012;

    IT IS ORDERED that the claims filed on behalf of Wiley McCloud, Fausto Parra-Colon, and Tommy Banks shall be, and hereby are, DISMISSED due to the

failure of these Plaintiffs to prosecute this civil action. Accordingly, Wiley McCloud, Fausto Parra-Colon, and Tommy Banks shall be terminated as Plaintiffs in this case.

The Report and Recommendation of Magistrate Judge Baxter, filed on March 14, 2012 [8], is adopted as the opinion of this Court.

                                              s/    <u>Sean J. McLaughlin</u>
                                                   SEAN J. McLAUGHLIN
                                                   United States District Judge

cm:    All parties of record

        U.S. Magistrate Judge Susan Paradise Baxter