**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LEONARD HUDSON,            )
                               )
           Plaintiff,          )     Case No.  1:12-cv-12-SJM-SPB
                               )
      v.                      )
                               )
MRS. KENNEDY, *et al.,*      )
                               )
          Defendants.    )

**<u>MEMORANDUM ORDER</u>**

Plaintiff's civil rights complaint was received by the Clerk of Court on January 24, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 20, 2013 [39], recommends that Plaintiff Andre Pierre be dismissed from this case due to his failure to prosecute.  Plaintiff was allowed fourteen (14) days from the date of service in which to file any objections.  Service was made on Plaintiff Andre Pierre by certified mail at FCI McKean, where he is incarcerated.  No objections to the Report and Recommendation have been filed to date.  After <u>de novo</u> review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th Day of April, 2013;

IT IS ORDERED that all claims filed on behalf of Plaintiff Andre Pierre shall be, and hereby are, DISMISSED due to Plaintiff's failure to prosecute this civil action. Accordingly, Andre Pierre shall be terminated as a Plaintiff in this case.

The Report and Recommendation of Magistrate Judge Baxter, filed on February 20, 2013 [39], is adopted as the opinion of this Court.


                                                s/    Sean J. McLaughlin

                                                SEAN J. McLAUGHLIN
                                                United States District Judge


cm:    All parties of record

        U.S. Magistrate Judge Susan Paradise Baxter