IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD HUDSON,  )
        Plaintiff,  )
                )    C.A. No. 12-12 Erie
                )
        v.  )
                )
MRS. KENNEDY, et al,  )
        Defendants.  )

## **MEMORANDUM ORDER**

        This prisoner civil rights action was received by the Clerk of Court on January 24, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on October 30, 2013, recommended that this case be dismissed for Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at Toler House RRC, the last address of record, and on Defendants. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

        AND NOW, this 25th day of November, 2013;
        IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute.

The report and recommendation of Magistrate Judge Baxter, dated October 30, 2013, is adopted as the opinion of the court.

s/ Terrence F. McVerry
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record ____